### JAMES MARROW V. ANNA L. TUTCHER.
#### No. 15,840.   (101 Pac. 1133.)

Error from Franklin district court; CHARLES A. SMART, judge.   Opinion filed February 6, 1909.   Affirmed.

*S. J. Shively,* and *E. J. Sheldon,* for plaintiff in error.
*F. M. Harris,* for defendant in error.

*Per Curiam:* The evidence is ample to sustain the verdict. None of the rulings upon the evidence was prejudicial, the jury were fairly and properly instructed, and the motion for a new trial was properly denied. The judgment of the district court is affirmed.

---

### THE STATE OF KANSAS V. JACK BEATY.
#### No. 16,159.   (101 Pac. 1133.)

Appeal from Cowley district court; CARROLL L. SWARTS, judge.   Opinion filed February 6, 1909.   Affirmed.

*Fred S. Jackson,* attorney-general, and *Ed J. Fleming,* county attorney, for The State.
*S. A. Smith* and *S. C. Bloss,* for appellant.

*Per Curiam:* The remarks of the county attorney complained of have no necessary relation to the appellant's neglect or refusal to testify. No facts are presented in the abstract establishing such a relation. Therefore the claim of error is not sustained. The judgment of the district court is affirmed.